**SEALED BY ORDER OF THE COURT**

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 2 2003

at ___ o'clock and ___ ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03-00310 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | (18 U.S.C. § 922(g)(3); |
| RICHARD A. SUBICA, ) | 18 U.S.C. § 922(g)(9)) |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury further charges:

On or about April 25, 2003, in the District of Hawaii, the defendant, RICHARD A SUBICA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce

SEALED BY ORDER OF THE COURT

ammunition, that is: 17 Federal .30 caliber cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(3).

Count 2

The Grand Jury Further Charges:

On or about April 25, 2003, in the District of Hawaii, the defendant RICHARD A SUBICA, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce ammunition, that is: 17 Federal .30 caliber cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(9).

DATED: June 12, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney