UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 04-10372 |
| Plaintiff - Appellee, | D.C. No. CR-03-00310-HG |
| v. | |
| RICHARD A. SUBICA, | **JUDGMENT** |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2006

at 12 o'clock and 25 min. PM
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED in part, DISMISSED in part.**

Filed and entered 03/14/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 05 2006

by: _____
Deputy Clerk