May 31, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-03-00310-HG
**Appeal Number:** 04-10372
**Short Title:** USA v. Subica

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 02 2006
DISTRICT OF HAWAII

### Volumes

| | | | | |
|---|---|---|---|---|
| Clerk's Records in: | 1 | | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 2 | | 0 | Certified Copy(ies) |
| Exhibits in: | 0 | Envelopes | 0 | Under Seal |
| | 0 | Boxes | 0 | Under Seal |
| | 0 | Volumes | Volume 0 of record | 0 Under Seal |
| State Lodged Docs in: | 0 | Envelopes | 0 Expandos | 0 Folders  0 Boxes |
| | 0 | Other | | |
| Bulky Documents in: | 0 | Envelopes | 0 Expandos | 0 Folders  0 Boxes |
| | 0 | Other | | |

**Other:** 3 SEALED Documents In Expando File

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: December 21, 2004

To: United States Court of Appeals    Attn: ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                   (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103    ( )    Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:    CR 03-00310HG          Appeal No:    04-10372

Short Title:    USA vs. Subica

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 2 | volumes (✓) original ( ) certified copy<br>2/27/2004, 6/24/2004 |
| Sealed Documents: | 3 | volumes (✓) under seal<br>Sealed Documents: # 34, 35, 36 |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:# 34, 35, 36

Acknowledgment: _____      Date: _____

cc: all counsel

FILED
DEC 23 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 0 2 2006
DISTRICT OF HAWAII

53